**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7001

BRYANT K. MCARTHUR,

Plaintiff - Appellant,

versus

ALBERT EARL DAVIS,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Andre M. Davis, District Judge. (1:05-cv-03266-AMD)

Submitted: July 20, 2006                    Decided: July 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bryant K. McArthur, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bryant K. McArthur appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McArthur v. Davis</u>, No. 1:05-cv-03266-AMD (D. Md. May 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>